IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 123-036 |
| | * | |
| JOSE MANUEL SALDANA | * | |

O R D E R

On June 6, 2024, the Court denied Defendant Jose Manuel Saldana's motion for early termination of supervised release without prejudice to renew in one year provided he has the support of his supervising probation officer. (Doc. 10.) Saldana has now refiled his motion, but his supervising probation officer opposes early termination only because Saldana has not completed a cognitive behavioral therapy program as mandated by the Southern District of Florida, the court of original jurisdiction. Consequently, the Government also opposes early termination.

This condition of supervised release is atypical in this district, particularly because the United States Probation Office in this district does not have the same resources or programs available to its offenders as does the Southern District of Florida, particularly in the Miami area. Other than this condition, Saldana has been in full compliance with his terms of supervision. Upon consultation with the United States Probation

Office, the Court hereby **REMITS** the special condition of his Amended Judgment and Commitment Order requiring completion of a cognitive behavioral therapy program.

Upon the foregoing, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the Court will **GRANT** the motion for early termination. (Doc. 14.) **IT IS THEREFORE ORDERED** that Jose Manuel Saldana is discharged from his term of supervised release. The Clerk is directed to send a copy of this Order to Mr. Andrew Doughty of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of July, 2025.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```